United States District Court
Western District of Texas
Pecos Division

**FILED**
JUN 2 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. P-18-MJ-01879 |
| ) | |
| **ANASTACIA MIRANDA-LOPEZ**, ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Complaint against **ANASTACIA MIRANDA-LOPEZ**, for the interest of justice.

John F. Bash
United States Attorney

*/s/ Monty Kimball*

James J. Miller, Jr.
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal with prejudice.

Date: 6-20-2018

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA §<br>§<br>vs. §<br>(1) Anastacia Miranda-Lopez §<br>*Defendant* § | Case Number:   PE:18-M -01879(1) |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On June 20, 2018, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   Duty Pub. Defender-Pecos,   FPD

**Bond**
(   )   No Bond Set.
**Next Hearing**
(   )        n/a
**OTHER**
(   )

(   ) WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence. SENTENCE: __
      **TIME SERVED**   FINE: **NO**     S/A: **REMITTED**

(   ) WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
      **SENTENCED to:  ONE (1) YEAR PROBATION, FINE: NO  S/A: REMITTED**

(   ) WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
      **SENTENCED to: _____ DAYS,  FINE: NO    S/A $____   or   ___S/A Remitted__**

( X ) Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**        Interpreter:Spanish              Record FTR Gold -

**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is : _____

Time:   10:47 am - 10:48 am      Arrested:      06/19/2018  in Val Verde County
         01 minutes

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
06/20/2018
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
Deputy

USA

vs.

(1) Anastacia Miranda-Lopez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:18-M -01879(1) - DF
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2018** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers
in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The Defendant was arrested on June 19, 2018, in the Western District of Texas by Fort Stockton Border Patrol Agents. The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about June 13, 2018, in Val Verde County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the*

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Nava, Sergio
Border Patrol Agent

June 20, 2018                                at   ALPINE, Texas
Date                                              City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:18-M -01879(1)

WESTERN DISTRICT OF TEXAS

(1) Anastacia Miranda-Lopez

FACTS   (CONTINUED)

Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Mexico.


IMMIGRATION HISTORY:
MIRANDA-LOPEZ, ANASTACIA has been issued 4X VRs, with the most recent occurring on 08/14/2017, PRESIDIO, TX .

CRIMINAL HISTORY:
MIRANDA-LOPEZ, ANASTACIA has no known criminal history.